IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-20 |
| Plaintiff, | JUDGE MORRISON |
| v. | INDICTMENT |
| HERBERT LEE COSSIN, | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |
| Defendant. | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Felon in Possession of a Firearm)**

1. On or about December 30, 2022, in the Southern District of Ohio, the defendant, **HERBERT LEE COSSIN**, knowing that he had been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Harrington and Richardson 12-gauge shotgun, bearing serial number A971720, and ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, **HERBERT LEE COSSIN**, shall forfeit to the United States the firearm involved in

or used in such offense, including but not limited to: a Harrington and Richardson 12-gauge shotgun, bearing serial number A971720, and ammunition, seized on or about December 30, 2022.

**Forfeiture in accordance with 18 U.S.C. §924(d)(1), 28 U.S.C. §2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*S- Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

*[signature]*

**KEVIN W. KELLEY (0042406)**
**Assistant U.S. Attorney**